I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: May 16, 2011
DEPUTY CLERK

ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WOOLEN,<br><br>Petitioner,<br><br>v.<br><br>M.D. McDONALD, Warden,<br><br>Respondent. | Case No. CV 10-04534 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 12, 2011

GEORGE H. WU
UNITED STATES DISTRICT JUDGE